# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 19, 2013

## NO.  03-10-00698-CR

**Ryan Jesse Contreras, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 277TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's judgment:  **IT IS ORDERED, ADJUDGED AND DECREED** by the Court that the judgment of the trial court is in all things affirmed; that the appellant pay all costs relating to this appeal; and that this decision be certified below for observance.